United States District Court
Southern District of Texas
**ENTERED**
August 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICKY LOUIS JACKSON, <br> TDCJ #01774135, <br><br> Petitioner, <br><br> v. <br><br> LORIE DAVIS, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-139 |

## **FINAL JUDGMENT**

For the reasons set forth in the Court's simultaneously issued *Memorandum Opinion and Order*, this case is **DISMISSED WITH PREJUDICE**. The habeas corpus petition is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, on _____August 14_____, 2017.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE